### MORROW v. TILLINGHAST, Commissioner of Immigration.

Circuit Court of Appeals, First Circuit. October 17, 1929.

No. 2352.

James H. Kenney, of Boston, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, ANDERSON, and WILSON, Circuit Judges.

PER CURIAM. In the District Court for Massachusetts the appellant's petition for a writ of habeas corpus was denied for want of jurisdiction. The immigration authorities found that at the time of her entry into the United States the appellant was mentally deficient; that her mental impairment was such as then to render her liable to become a public charge; and ordered her deported. There was substantial evidence to warrant these findings. They are therefore final.

Appeal dismissed.